UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
A.H.A. INTERNATIONAL CO., LTD.,          Civil Action No. 05-6114 (DRH) (ARL)

                          Plaintiff(s)
    - against -                                    **JUDGMENT**

AMEROL CORP.,
                   Defendant(s).
-----------------------------------------------------------------X

      This case came on for a Motion for Summary Judgment before the Court, Honorable Denis R. Hurley, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered, it is

      ORDERED AND ADJUDGED, that A.H.A. International, Co., Ltd., plaintiff, recover of the defendant, Amerol Corp., located at 175 Pinelawn Road, Suite 210, Melville, New York 11747 the sum of $103,450.00, with interest thereon since February 23, 2005 at the rate of nine (9) percent as provided by law in the sum of $20,554.00, plus the costs of the action in the sum of $250.00, for a total of $124,254.00.

Dated: Westbury, NY
       May 8, 2007

_____
Clerk of the Court